UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND LITIGATION

18-MD-2865 (LAK)

This document relates to: 18-cv-07824 (LAK)

ECF Case

                              18-cv-07827 (LAK)
                              18-cv-07828 (LAK)
                              18-cv-07829 (LAK)
                              18-cv-09565 (LAK)
                              18-cv-09570 (LAK)
                              18-cv-09587 (LAK)
                              18-cv-09588 (LAK)
                              18-cv-09589 (LAK)
                              18-cv-09590 (LAK)
                              18-cv-09650 (LAK)
                              18-cv-09665 (LAK)
                              18-cv-09666 (LAK)
                              18-cv-09668 (LAK)
                              18-cv-09669 (LAK)
                              18-cv-10028 (LAK)
                              18-cv-10030 (LAK)
                              18-cv-10031 (LAK)
                              18-cv-10032 (LAK)
                              18-cv-10035 (LAK)
                              18-cv-10036 (LAK)
                              18-cv-10039 (LAK)
                              18-cv-10049 (LAK)
                              18-cv-10060 (LAK)
                              18-cv-10061 (LAK)
                              18-cv-10062 (LAK)
                              18-cv-10063 (LAK)
                              18-cv-10064 (LAK)
                              18-cv-10065 (LAK)
                              18-cv-10066 (LAK)
                              18-cv-10067 (LAK)
                              18-cv-10069 (LAK)
                              18-cv-10070 (LAK)
                              18-cv-10071 (LAK)
                              18-cv-10073 (LAK)
                              18-cv-10074 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: [ JUL   1   2 2019

1

| |
|---|
| 18-cv-10076 (LAK) |
| 18-cv-10077 (LAK) |
| 18-cv-10080 (LAK) |
| 18-cv-10082 (LAK) |
| 18-cv-10083 (LAK) |
| 18-cv-10086 (LAK) |
| 18-cv-10091 (LAK) |
| 18-cv-10092 (LAK) |
| 18-cv-10093 (LAK) |
| 18-cv-10094 (LAK) |
| 18-cv-10095 (LAK) |
| 18-cv-10096 (LAK) |
| 18-cv-10098 (LAK) |
| 18-cv-10099 (LAK) |
| 18-cv-10118 (LAK) |
| 18-cv-10119 (LAK) |
| 18-cv-10122 (LAK) |
| 18-cv-10123 (LAK) |
| 18-cv-10124 (LAK) |
| 18-cv-10125 (LAK) |
| 18-cv-10126 (LAK) |
| 18-cv-10127 (LAK) |
| 18-cv-10129 (LAK) |
| 18-cv-10133 (LAK) |
| 18-cv-10134 (LAK) |
| 18-cv-10135 (LAK) |
| 18-cv-10136 (LAK) |
| 18-cv-10137 (LAK) |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
## TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for the parties that the time within which Defendants in the cases enumerated in the

caption may answer to the Complaints is hereby extended up to and including July 19, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and

Defendants expressly reserve, any and all defenses.

This is the parties' first request for extension of time to answer to the Complaints for the

enumerated cases.

2

Dated: New York, New York

    July 11, 2019

 s/ Mark D. Allison                      s/ Sarah L. Cave       *(e-signed with consent)*

Mark D. Allison                               Sarah L. Cave
Zhanna A. Ziering                           Marc A. Weinstein
CAPLIN & DRYSDALE, CHARTERED     William R. Maguire
600 Lexington Ave., 21st Floor             HUGHES HUBBARD & REED LLP
New York, NY 10022                       One Battery Park Plaza
Tel: (212) 379-6000                      New York, New York 10004-1482
mallison@capdale.com                  Telephone: (212) 837-6000
zziering@capdale.com                  sarah.cave@hugheshubbard.com
                                     marc.weinstein@hugheshubbard.com
*Attorneys for Defendants*            bill.maquire@hugheshubbard.com
                                     *Attorneys for Plaintiff*

SO ORDERED:

_____
~~Hon. Laura A. Kaplan~~
United States District Judge
Hon. Laura T. Swain
U.S.D.J. - Part I

Dated: 7/12/2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, true and correct copies of the Stipulation and

Proposed Order Extending Time to Respond to the Complaints were served by CM/ECF on the

Plaintiff's attorneys identified below.

Sarah L. Cave
Marc A. Weinstein
William R. Maguire
John T. McGoey
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
bill.maguire@hugheshubbard.com
john.mcgoey@hugheshubbard.com
*Attorneys for Plaintiff*

s/ Mark D. Allison

Mark D. Allison
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Ave., 21st Floor
New York, NY 10022
(212) 379-6000
mallison@capdale.com

4